JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Anthony Mosby, | Case No.: 5:12-cv-01890-CBM-DTB |
|       Plaintiff, | **ORDER** |
|   vs. | |
| Asset Acceptance, LLC; and DOES 1-10, inclusive, | |
|       Defendants. | |

     Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date:_5/17/13_____

Judge: Hon. Consuelo B. Marshall